## Court of Appeals
### First District of Texas

RE: 01-15-00543-CV          T.C. CASE # 201418121

David Conklin

V.

Henrietta Wright

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL 27 2015

CHRISTOPHER A. PRINE

CLERK _____

Appellant Conklin's Communication with Courts of Defendant Wright (the Prisons Law Library Staff) Denial of Uniform Access to Court the Defendant interfering with Plaintiff/ Appellant Conklin (offender) Right of Access Court, by the unauthorized denial of Access to Legal Materials [Namely Paper] Harassing or Retaliating trying to Control the outcome of the Disposition of the Case, that is Sufficiently enough to Cause Plaintiff/Appellant Participation Performance, to be Hindered or Obstructed, as all of the Grievances in the Record will Show. (see: Responses and Grievances unanswered todate.)

---

T.D.C.J. in Texas has made it Clear and Convincing that T.D.C.J. is above the law and has to Cheat to Beat you, with unfair Criminal Practices in Civil litigation and is no better than anyone else.

1.

ON 6-18-15, I REQUESTED LEGAl AND INDIGENT SUPPLIES USING THE PRISONS I-#302 INDIGENT SUPPLY REQUEST FORM REQUESTING 25 PERSONAL AND 25 LEGAL PAPER, 5 PERSONAL ENVELOPES AND 5 LEGAL ENVELOPES.

I ONLY RECIEVED 25 LEGAL PAPER, 5 LEGAL ENVELOPES AND 5 PERSONAL ENVELOPES — DID NOT RECIEVE 25 PERSONAL PAPER

ON OR ABOUT July 1-2015. I CAME TO SOME TYPE OF INFORMAL RESOLUTION AS DEFENDANT WRIGHT PURPOSES fully MISCONSTRUES PRISON POLICY B.P 3.91 AND B.P. 3.81 (ACCESS TO COURTS 3.81, AND CORRESPONDENCE (SEE: CAUSE NO. 201418121)

I REQUESTED MORE SUPPLIES AS PREVIOUS SUPPLIES WERE EXHAUSED IN RESPONSE TO THE COURT OF APPEALS AND DISTRICT CLERK's CONTEST AND [COPIES] FOR ALL PARTIES. DENIED BY DEFENDANT A PARTY.

— AGAIN —

ON 7-8-15 I RECIEVED LESS THAN ADEQUATE SUPPLIES AFTER COMING TO AN INFORMAL RESOLUTION WITH. 25 PERSONAL AND 25 LEGAL PAPER ISSUED TO PARTICIPATE IN THE RIGHT TO SUE OR BE SUED. WHEN ORDERING 50 SHEETS OF LEGAl PAPER IT TAKES A WEEK 7 DAYS TO GET 25 SHEETS OF PAPER FOR LEGAl [ I CANT USE PERSONAl PAPER FOR SPECIAl OR LEGAl IN FEAR OF DISCIPLINARY.] NOTE: BOTTOM OF PAPER - COLOR CODED YELLOW NOW ON 7-8-15 I WAS DENIED CARBON PAPER. OlD WAS RETURNED.

2.

you received (5) Legal
envelopes on 6/18/15
and you only mailed
(1) legal since them
you must sent
something out.
You have not sent
anything legal
out so I cant
send you supplies.

DEFENDANTS
Communications
in RED

Carbon paper can
only be used
for special
and Legal
Not personal

you are misusing your supplies
you just received Carbon
paper on 7/1/15 and
you have not sent out
any legal mail

APPELLANTS
Exhibit # L.

IN RESPONSE TO THE COURT OF APPEALS AND DISTRICT CLERK'S CONTEST OF PAUPERS OATH THERE IS 33 PAGES INCOMPLETE, TIMES: 4 PARTIES

| 33 | FILE |
|---|---|
| 33 | DISTRICT CLERK |
| 33 | COURT REPORTER / COUNTY ATTORNEY |
| 33 | COURT OF APPEALS |
| 33 | DISTRICT CLERK COURT 281 |
| 165 | TOTAL PAGES NEEDED |

| 25 | 6-18-15 | ISSUED |
|---|---|---|
| 50 | 7-1-15 | ISSUED |
| 25 | 7-8-15 | ISSUED |
| 100 | TOTAL PAGES ISSUED. ANOTHER 2 WKS FOR SUPPLIES (SEE: Exhibit L) |

THIS CAUSES DELAYS AND IS CIVIL CONTEMPT ON DEFENDANT WRIGHT THE PRISON'S LAW LIBRARY STAFF. (SEE: Exhibit L)

APPELLANT / PLAINTIFF IS IN IFP STATUS AND ELIGIBLE FOR APPOINTMENT OF COUNSEL AND MAKES THIS REQUEST IN THIS COMMUNICATION.

IT TAKES 4 DAYS TO GET INTO THE LAW LIBRARY [ASK] AS ANYONE, ANYONE YOU CHOSE LOGGED IN THE LAW LIBRARIES LOG BOOK OR OTHER. (SEE: PAM LYCHNER LAW LIBRARY LOG BOOK)
☐ IT TAKES [ONE DAY] AT ANY OTHER UNIT IN T.D.C.J.-C.I.D. WHY? I JUST LEFT LARRY GIST IN BEAUMONT. MARCH 25, 15.

This harassment / retaliation is sufficiently pervasive enough to ~~actually~~ persuade me from right to litigate or be heard from a court with power to hear it, and is entitled to appointment of counsel. (See: Exhibit L)

— ORAL ARGUMENT REQUESTED —

Request case be retained on docket until after Oct. 17. 2015 ☐ with communicated intent of court of appeals to appellant — Please.

Request Appointment of Counsel

Request Notification and Receipt of Communication

Defendant has continued to harass or retaliate in many many manners with plaintiff / appellant's right of access to court.

David M. Conklin U.C.C. 1-308 7-9-15.

(See: Attached Communications from Law Library in Red ink)

4.

T.D.C.J. AND OR DEFENDANT WRIGHT IS FORCING ME TO SEND OUT (5) SPECIAL OR LEGAL MAIL INDIGENT SUPPLIES NOT WARRANTED A 4/14 PELL AN ENVELOPE NOT NEEDED I DON'T HAVE ANYONE SPECIAL OR LEGAL TO WRITE.

HEY I CAN WRITE YOU GUYS?...

HOW'S THE WEATHER? HERE EXTREME HEAT, MY ARM IS STICKING TO THE PAGE YOU MIGHT WANT TO WEAR GLOVES. LAST YEAR STAFF AND PRISONERS DIED DUE TO EXTREME HEAT LAW LIBRARIES FREEZING (THEY) WEAR JACKETS, YOU CAN'T EVEN STUDY.

HEY AREN'T THERE LAWS AGAINST ME WRITING YOU FRIVOLOUS STUFF? GOTTA GO.

I KNOW T.D.C.J. WANTS ME IN DEBT MORE SO I CAN CLAIM INDIGENT STATUS. THAT I'M ALREADY (IN) (SEE: INMATE TRUST FUND ACCOUNT BALANCE SHEETS) (PLURAL) IN THE RECORD). AND T.D.C.J. A WASTEFUL GOV'T ENTITY CAN SPEND MORE MONEY IT DOES'T HAVE ON TAX PAYERS DOLLARS. (SEE: STAMP ON ENVELOPE) AND THIS COMMUNICATION. HEY I'LL BE ELIGIBLE FOR 25 PAPER IN A WEEK. WE'LL SPEND THE NEXT 3 YEARS LITIGATING ONE ARGUMENT JUST WAIT ON THE PAPER.

√ COURT OF APPEALS HAS ALL THE RECORD FROM APPELLANT ON CONTEST. (FOR YOUR COPY SEE: DEFENDANT)

David M. Conklin U.C.C. 1-308 7-8-11
5.